| |
|---|
| **UNITED STATES BANKRUPTY COURT** |
| **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284** |
| **Marie-Ann Greenberg, Standing Trustee** |
| **30 TWO BRIDGES ROAD** |
| **SUITE 330** |
| **FAIRFIELD, NJ  07004-1550** |
| **973-227-2840** |
| **Chapter 13 Standing Trustee** |

**IN RE:**

**RAYMOND BRUNELL,**

Case No.:  08-31510 RG

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $5,837.12, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    CAPITAL ONE NA
                         PO BOX 85140
                         RICHMOND, VA  23285

Amount:                  $5,837.12

Trustee Claim Number:    5

Court Claim Number:      16

Reason:                  Not Cashing

By:   /S/  Marie-Ann Greenberg

Dated:  November 20, 2013

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE